IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUSAN J. VALLEZ,

    Plaintiff,

v.                                                                                          CV 12-0618 WPL

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration,

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the order entered on this date, this matter is remanded to the Commissioner of Social Security for further proceedings.

_____
William P. Lynch
United States Magistrate Judge